REHLER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Michael Rehler against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

REISS, Appellant, v. BOEHM et al., Respondents. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Samuel M. Reiss, as trustee, against Max S. Boehm and others. W. M. Seabury, for appellant. E. Goldmark, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

RENWICK v. RENWICK. (Supreme Court, Appellate Division, First Department. October, 1908.) Action by Eleanor Renwick against Harold S. Renwick. No opinion. Motion denied. Memorandum per curiam.

RHODE, Appellant, v. SWAIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by Henrietta Rhode against James D. Swain and others. No opinion. Judgment affirmed, with costs.

RICHARDS, Respondent, v. KIDONNER et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Alfred Richards against Virginia Kidonner and others. No opinion. Motion denied.

RIDDLE, Respondent, v. MacFADDEN, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Felicite S. Riddle against Bernard A. MacFadden. H. M. Earle, for appellant. T. E. O'Brien, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RIMOLDI, Appellant, v. HUDSON GUILD, Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Pauline Rimoldi against the Hudson Guild. J. E. Duross, for appellant. W. H. Liebmann, for respondent. No opinion. Determination (59 Misc. Rep. 480, 110 N. Y. Supp. 881) affirmed, with costs. Order filed.

RISLEY, Appellant, v. EISWALD, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Adelbert W. Risley against George H. Eiswald.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that the evidence presented a question of fact for the jury as to the defendant's fraud.

KRUSE and ROBSON, JJ., dissent.

RITCHIE, Appellant, v. KAHN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by George B. Ritchie against Robert Kahn and another. D. Bernstein, for appellant. O. A. Samuels, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

ROBBINS, Respondent, v. CLOCK, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by John Clinton Robbins against Ellen D. Clock. No opinion. Judgment affirmed, with costs. See, also, 59 Misc. Rep. 289, 112 N. Y. Supp. 246.

ROBERT INGERSOLL & BRO., Respondent, v. SHAPIRO, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Robert Ingersoll & Bro. against Louis Shapiro. No opinion. Motion denied, and appeal dismissed, with costs.

ROBINSON CLAY PRODUCT CO., Appellant, v. BURGARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by the Robinson Clay Product Company against Henry P. Burgard. No opinion. Judgment and order affirmed, with costs.

ROCHESTER YACHT CLUB, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by the Rochester Yacht Club against William W. Miller. No opinion. Order affirmed, with costs.

In re ROELKER. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of Alfred Roelker, Jr., for license and admission to practice as an official examiner of title. No opinion. A bond in accordance with the provisions of the rules of the Court of Appeals and the special rule adopted by this department March 4, 1909, must be presented in connection with the petition. The petition in this case should be revised accordingly.

ROTH, Respondent, v. ROBERTSON, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by John E. Roth, for himself and other stockholders, etc., against Samuel L. Robertson, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements.

ROWELL, Respondent, v. PECK, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by William H. Rowell against Arthur R. Peck, impleaded with others.

PER CURIAM. Judgment of County Court and of justice's court reversed, with costs in this court and the courts below to appellant. Held, that the evidence fails to show any negligence of the defendant Peck.

WILLIAMS, J., dissents.

ROYAL WEAVING CO., Respondent, v. PRINCE, Appellant. (Supreme Court, Appellate Division, First Department, February 26, 1909.) Action by the Royal Weaving Company